F. T. AUBUCHON, Plaintiff in Error, *vs.* ST. LOUIS & IRON
MOUNTAIN RAILROAD Co., Defendant in Error.

1. *Practice, civil—Pleading—Statement of cause of action.*—The petition al-
leged that the defendant, a railroad company, negligently and carelessly ran
over and killed some of the cattle of the plaintiff, and that the same was done
at a part of the road that was not enclosed by a lawful fence, and that was
not a public road crossing. *Held,* that the petition set out a good cause of
action.

### *Error to Washington Circuit Court.*

*G. I. Van Allen,* for Plaintiff in Error.

"Negligence may be established, either by proof of the
facts and circumstances attending the transaction, or by show-
ing that the injury was done on a part of the road not en-
closed by a lawful fence, or not on the crossing of a public
highway." (Calvert vs. Hannibal & St. Joe. R. R. Co. 38
Mo., 467.)

This petition was drawn in accordance with the opinion of
this court as expressed in the same case reported 34 Mo. 242.

*Dryden & Dryden,* for Defendant in Error.

WAGNER, Judge, delivered the opinion of the court.

It is utterly impossible to sustain the judgment of the
court below in this case. The petition alleged, that defend-
ant negligently and carelessly ran over, maimed, and killed,
certain cattle belonging to the plaintiff, and that the same
was done on a part of its road that was not enclosed by a
lawful fence and that was not a public road crossing. At the
trial the court refused to permit the plaintiff to introduce any
evidence to sustain his averments, on the ground that the
petition did not state a cause of action.

This ruling was certainly erroneous. The pleading set out
a good cause of action and the judgment will be reversed and
the case remanded. The other Judges concur ; except Judge
Sherwood, absent.